ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 16 P 3: 52

CLERK _____
____ DIST. OF G..

JOSE M. CANDELARIO,

      Petitioner,

vs.

      CIVIL ACTION NO. CV205-041

JOSE VASQUEZ, Warden,

      Respondent.

## ORDER

Petitioner has filed a Motion to Produce or in the Alternative Strike the Government's Response. (Doc. 10.) Petitioner seeks an order directing the U.S. Attorney to provide him a certified copy of the indictment in his criminal case, or alternatively to strike the Government's Motion to Dismiss. Petitioner's motion is **DENIED**. To the extent Petitioner's letter to the Assistant United States Attorney demanding a copy of the indictment (Doc. 8) is considered to be a motion, the same is also **denied**.

      **SO ORDERED**, this _16th_ day of May, 2005.

                        JAMES E. GRAHAM
                        UNITED STATES MAGISTRATE JUDGE

# United States District Court
## *Southern District of Georgia*

CANDELARIO
_____ )
_____

vs                                        )          CASE NUMBER  CV205-41 _____

VASQUEZ                                   )          DIVISION     BRUNSWICK _____
_____ )

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this
district, while conducting the business of the Court for said division, does hereby certify the
following:

1.  Pursuant to the instructions from the Court and in the performance of my official
    duties, I personally placed in the United States Mail a sealed envelope, and properly
    addressed to each of the persons, parties or attorneys named below; and

2.  That the aforementioned enveloped contained a copy of the document dated
    5/16/05 _____., which is part of the official record of this case.

Date of Mailing:        5/16/05 _____

Date of Certificate     ☒ same date,        or  _____

Scott L. Poff,  Clerk

By: _____
    Sherry Taylor, Deputy Clerk

<u>Name and Address</u>

Jose Candelario, 47461-004, FCI Jesup, 2680 Highway 301 S, Jesup, GA 31599

☐  Copy placed in Minutes

☐  Copy given to Judge

☒  Copy given to Magistrate